No. 99–8927. KEARSE, AKA CROUCH v. MANTELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8935. BRENNAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8942. WHEELOUS v. POSEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8947. MCINNIS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8948. LANGON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–8951. BARNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8975. BUSH v. NATIONSBANK; and BUSH v. MANPOWER, INC. C. A. D. C. Cir. Certiorari denied.

No. 99–8977. MCINTOSH v. LUKAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8982. SHELTON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 99–8988. ALLEN v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 99–9009. DEDEAUX v. BANNISTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9016. COLEMAN v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 99–9020. THIEL v. SCHUETZLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–9047. SMITH v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 99–9070. VINSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.